IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2009 AUG 25 PM 3:02

IN THE MATTER OF: ) CASE NO. 07-53246
) JUDGE SHEA-STONUM
MARC RICHARD BRIGAMAN ) CHAPTER 7
DENISE REBEKAH BRIGAMAN )
)
DEBTORS )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

TC COMPANIES　　　　　　　　　　　$26.85  ck #109
2115 LINDBERGH AVENUE
CUYAHOGA FALLS, OH 44223-1713　　　receipt # 80859

2. Trustee's check for $26.85, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: August 24, 2009　　　　　　　　/s/ KATHRYN A. BELFANCE
　　　　　　　　　　　　　　　　　　KATHRYN A. BELFANCE
　　　　　　　　　　　　　　　　　　TRUSTEE